IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal Case No. 02-20448-D |
| ) | |
| WILLIEANN MADISON and ) | |
| JOHN E. MADISON, ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING APPLICATION FOR LEAVE OF ABSENCE

It appearing that Tony L. Axam has duly applied for leave of absence for the dates set forth in the within and foregoing motion and that opposing counsel has been provided with notice of said application for leave of absence and it being found that no objections have been filed;

**It is Hereby Ordered** that Tony L. Axam be **GRANTED** a leave of absence commencing on Monday, 4 July 2005 up to and including Monday, 8 August 2005 and that any and all proceedings involving applicant be stayed during said period of time.

This 26 day of April, 2005.

_____
The Honorable Bernice Donald
Judge, United States District Court

CC: United States Attorney's Office

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 374 in case 2:02-CR-20448 was distributed by fax, mail, or direct printing on April 29, 2005 to the parties listed.

---

Vivian R. Donelson
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Mitzi H. Spell
BETSERAI & SPELL
100 N. Main St.
Ste. 901
Memphis, TN 38103

Michelle L. Betserai
BETSERAI & SPELL
100 N. Main St.
Ste. 901
Memphis, TN 38103

Tony L. Axam
LAW OFFICE OF TONY L. AXAM
1280 W. Peachtree St.
Ste. 310
Atlanta, GA 30309

Honorable Bernice Donald
US DISTRICT COURT