IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | Crim. No. 02-20448-D/P |
| WILLIEANN D. MADISON, | * | |
| Defendant. | * | |
| | * | |

## SECOND ORDER UNSEALING DOCUMENTS

Upon motion of the United States, the following documents, previously filed by the United States under seal, are hereby **ORDERED UNSEALED**:

1. Motion for Issuance of Preliminary Order of Forfeiture and Memorandum in Support (R.337);

2. Preliminary Order of Forfeiture (R.349);

3. Ex-Parte Application for Post-Conviction Restraining Order (R.336);

4. Post-Conviction Restraining Order (R.338)

This 2 day of May, 2005.

BERNICE B. DONALD
United States District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5/5/05

Approved:

TERRELL L. HARRIS
United States Attorney

By: _____
Christopher E. Cotten
Assistant United States Attorney

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 381 in case 2:02-CR-20448 was distributed by fax, mail, or direct printing on May 5, 2005 to the parties listed.

---

Tony L. Axam
LAW OFFICE OF TONY L. AXAM
1280 W. Peachtree St.
Ste. 310
Atlanta, GA 30309

Michelle L. Betserai
BETSERAI & SPELL
100 N. Main St.
Ste. 901
Memphis, TN 38103

Vivian R. Donelson
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Mitzi H. Spell
BETSERAI & SPELL
100 N. Main St.
Ste. 901
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT