FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 MAY -2 PM 2: 08

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W___ F TN. MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | Crim. No. 02-20448-D/P |
| v. | * | |
| JOHN E. MADISON, SR., and WILLIEANN D. MADISON, | * | |
| | * | |
| Defendants. | * | |

### ORDER VACATING FORECLOSURE SALE
### OF 2771 COLONY PARK, MEMPHIS, TENNESSEE
### AND ENJOINING FUTURE FORECLOSURE PROCEEDINGS

Upon motion of the United States, it is hereby ORDERED, ADJUDGED, and DECREED, pursuant to 21 U.S.C. § 853(e)(1)(A), incorporated by 18 U.S.C. § 982(b)(1), that:

1. The March 29, 2005 foreclosure sale of One Parcel of Real Property Located at 2771 Colony Park, Memphis, Tennessee ("the Real Property"), referenced in the Substitute Trustee's Deed recorded by the Shelby County Register of Deeds as Instrument #05050934 and attached as Exhibit A hereto, is VACATED.

2. Until completion of the ancillary forfeiture proceedings in this case by entry of a Final Order of Forfeiture with respect to the Real Property, Memphis First Community Bank is hereby enjoined from proceeding with any foreclosure sale or auction of the Real Property, and from taking any other action to hinder, obstruct, or delay the ancillary forfeiture process.

3. This Order shall not prevent Memphis First Community Bank from taking any lawful steps under 21 U.S.C. § 853(n) to assert its mortgage claim against the Real Property at the proper time and in the proper forum, which is this Court.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

**IT IS SO ORDERED**, this 2nd day of May, 2005.

BERNICE B. DONALD
United States District Judge

APPROVED:

TERRELL L. HARRIS
United States Attorney

By: CHRISTOPHER E. COTTEN
Assistant United States Attorney

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 382 in case 2:02-CR-20448 was distributed by fax, mail, or direct printing on May 5, 2005 to the parties listed.

---

Vivian R. Donelson
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Mitzi H. Spell
BETSERAI & SPELL
100 N. Main St.
Ste. 901
Memphis, TN 38103

Michelle L. Betserai
BETSERAI & SPELL
100 N. Main St.
Ste. 901
Memphis, TN 38103

Tony L. Axam
LAW OFFICE OF TONY L. AXAM
1280 W. Peachtree St.
Ste. 310
Atlanta, GA 30309

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT