FILED BY _____ D.C.

05 MAY 24  PM 12: 09

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | Crim. No. 02-20448-D/P |
| v. | * | |
| JOHN E. MADISON, SR., and WILLIEANN D. MADISON, | * | |
| | * | |
| Defendants. | * | |

## ORDER GRANTING GOVERNMENT'S MOTION TO WITHDRAW MOTION FOR CONTEMPT AS IT PERTAINS TO MEMPHIS FIRST COMMUNITY BANK

Before the Court is the government's motion to be permitted to withdraw its April 20, 2005 request that Memphis First Community Bank be held in contempt for its part in the foreclosure sale of a parcel of real property located at 2771 Colony Park, Memphis, Tennessee. For good cause shown, that motion is GRANTED.

IT IS SO ORDERED, this 24 day of May, 2005.

BERNICE B. DONALD
United States District Judge

APPROVED:

TERRELL L. HARRIS
United States Attorney

By: _____
CHRISTOPHER E. COTTEN
Assistant United States Attorney

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 410 in case 2:02-CR-20448 was distributed by fax, mail, or direct printing on May 27, 2005 to the parties listed.

---

Brandy S. Parrish
ALLAN J. WADE, PLLC.
119 S. Main St.
Ste. 700
Memphis, TN 38103

Tony L. Axam
LAW OFFICE OF TONY L. AXAM
1280 W. Peachtree St.
Ste. 310
Atlanta, GA 30309

Vivian R. Donelson
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Michelle L. Betserai
BETSERAI & SPELL
100 N. Main St.
Ste. 901
Memphis, TN 38103

Allan J. Wade
ALLAN J. WADE, PLLC.
119 S. Main St.
Ste. 700
Memphis, TN 38103

Lori Hackleman Patterson
ALLAN J. WADE, PLLC.
119 S. Main St.
Ste. 700
Memphis, TN 38103

Mitzi H. Spell
BETSERAI & SPELL
100 N. Main St.
Ste. 901
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT