FILED BY ___ D.C.

05 AUG 12 PM 3: 44

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

Case No.: 02-20448 D P

**JOHN E. MADISON, SR., and**
**WILLIEANN D. MADISON,**

    Defendants.

---

## ORDER REGARDING MOTION TO SET HEARING AND DISPOSE OF PETITION . . . BY MEMPHIS FIRST COMMUNITY BANK, INC. (DOCUMENT # 413)

This cause came on for hearing before the Court on August 11, 2005. After hearing from the parties, and for cause, the Court grants the parties motion for a hearing. An ancillary hearing pursuant to 21 U.S.C. § 853(n) is set for **Thursday, December 15, 2005, at 1:30 p.m.**

**IT IS SO ORDERED** this _12_ day of _August_, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _8-16-05_

(465)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 465 in case 2:02-CR-20448 was distributed by fax, mail, or direct printing on August 16, 2005 to the parties listed.

---

Vivian R. Donelson
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Allan J. Wade
ALLAN J. WADE, PLLC.
119 S. Main St.
Ste. 700
Memphis, TN 38103

Lori Hackleman Patterson
ALLAN J. WADE, PLLC.
119 S. Main St.
Ste. 700
Memphis, TN 38103

Brandy S. Parrish
ALLAN J. WADE, PLLC.
119 S. Main St.
Ste. 700
Memphis, TN 38103

Mitzi H. Spell
BETSERAI & SPELL
100 N. Main St.
Ste. 901
Memphis, TN 38103

Michelle L. Betserai
BETSERAI & SPELL
100 N. Main St.
Ste. 901
Memphis, TN 38103

Tony L. Axam
LAW OFFICE OF TONY L. AXAM
1280 W. Peachtree St.
Ste. 310
Atlanta, GA 30309

Honorable Bernice Donald
US DISTRICT COURT