IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 18 AM 6:43

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | Crim. No. 02-20448-D/A |
| vs. | * | |
| JOHN E. MADISON, SR., and WILLIEANN D. MADISON, | * * | |
| Defendants. | * | |

## SCHEDULING ORDER ON PETITION TO DETERMINE INTEREST IN FORFEITED PROPERTY FILED BY MEMPHIS FIRST COMMUNITY BANK

The Court imposes the following Scheduling Order for disposing of the Petition To Determine Interest In Forfeited Property filed by Third-Party Intervenor Memphis First Community Bank:

1. All discovery shall be completed no later than October 12, 2005.

2. All dispositive motions shall be filed no later than November 14, 2005.

3. Response to any dispositive motion shall be filed no later than November 30, 2005.

4. A hearing on dispositive motions and/or the Petition shall be held on December 15, 2005 at 1:30 p.m.

IT IS SO ORDERED

_____
U.S. District Judge

8/17/2005
Date

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___8-18-05___

1

(467)

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 467 in case 2:02-CR-20448 was distributed by fax, mail, or direct printing on August 18, 2005 to the parties listed.

---

Vivian R. Donelson
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Allan J. Wade
ALLAN J. WADE, PLLC.
119 S. Main St.
Ste. 700
Memphis, TN 38103

Lori Hackleman Patterson
ALLAN J. WADE, PLLC.
119 S. Main St.
Ste. 700
Memphis, TN 38103

Brandy S. Parrish
ALLAN J. WADE, PLLC.
119 S. Main St.
Ste. 700
Memphis, TN 38103

Mitzi H. Spell
BETSERAI & SPELL
100 N. Main St.
Ste. 901
Memphis, TN 38103

Michelle L. Betserai
BETSERAI & SPELL
100 N. Main St.
Ste. 901
Memphis, TN 38103

Tony L. Axam
LAW OFFICE OF TONY L. AXAM
1280 W. Peachtree St.
Ste. 310
Atlanta, GA 30309

Honorable Bernice Donald
US DISTRICT COURT